IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| **JENNIFER HUMMEL,** *on behalf of herself and all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>**TEIJIN AUTOMOTIVE TECHNOLOGIES, INC.,**<br><br>Defendant. | Case No.: 2:23-cv-10341<br><br>Judge Paul D. Borman |

**JOINT STATUS REPORT REGARDING
SETTLEMENT EFFORTS AND MOTION TO CONTINUE
TEMPORARY STAY OF LITIGATION DEADLINES**

Plaintiff Jennifer Hummel and Defendant Teijin Automotive Technologies, Inc. (together, the "Parties") submit this Joint Status Report regarding their settlement efforts and in support of their Joint Motion to continue the previously entered temporary stay of litigation deadlines until January 25, 2024.

On November 27, 2023, the Parties participated in a full-day mediation session. They did not reach agreement that day, but with the mediator's assistance, the Parties eventually agreed upon principle terms for a class-wide settlement. Given the status of the settlement documentation, counsel's other professional obligations, and the upcoming holidays, the Parties anticipate needing up to 45 days to finalize

32952312.2

the settlement documentation and move for preliminary approval of the agreement. Accordingly, the Parties request the existing stay of litigation deadlines be continued until January 25, 2024, to allow for the finalization of settlement documentation.

**WHEREFORE**, the Parties respectfully request that the Court grant this Joint Motion; extend the temporary stay of litigation deadlines to January 25, 2024; and grant the Parties such other relief as the Court deems appropriate.

Date: December 11, 2023

    Respectfully submitted,

| | |
|---|---|
| /s/    *Ryan D. Maxey*                 | /s/    *Christopher G. Dean*        |
| Ryan D. Maxey | Christopher G. Dean |
| **MAXEY LAW FIRM, P.A.** | **MCDONALD HOPKINS LLC** |
| 107 N 11th St., #402 | 600 Superior Avenue, Suite 2100 |
| Tampa, FL 33602 | Cleveland, Ohio 44114 |
| Tel: (813) 448-1125 | Tel: (216) 348-5400 |
| Email: ryan@maxeyfirm.com | Email: cdean@mcdonaldhopkins.com |
| | |
| Michael N. Hanna (P81462) | Michael G. Latiff (P51263) |
| **MORGAN & MORGAN, P.A.** | **MCDONALD HOPKINS PLLC** |
| 2000 Town Center, Suite 1900 | 39533 Woodward Avenue, Suite 318 |
| Southfield, MI 48075 | Bloomfield Hills, Michigan 48304 |
| Tel: (313) 739-1950 | Tel: (248) 646-5070 |
| Email: mhanna@forthepeople.com | Email: mlatiff@mcdonaldhopkins.com |

    *Attorneys for Defendant*

32952312.2

Patrick A. Barthle II
Florida Bar No. 99286
pbarthle@ForThePeople.com
**MORGAN & MORGAN**
**COMPLEX LITIGATION GROUP**
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
Telephone: (813) 229-4023
Facsimile: (813) 222-4708

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 11, 2023, I electronically filed the foregoing document using the electronic filing system, which will send notification of such filing to all attorneys of record.

>  */s/    Christopher G. Dean*
>  Christopher G. Dean

32952312.2