# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| **JENNIFER HUMMEL,** *on behalf of herself and all others similarly situated*, <br><br> Plaintiff, <br><br> v. <br><br> **TEIJIN AUTOMOTIVE TECHNOLOGIES, INC.,** <br><br> Defendant. | Case No.: 2:23-cv-10341 <br><br> Judge Paul D. Borman |

## JOINT STATUS REPORT REGARDING SETTLEMENT EFFORTS AND MOTION TO CONTINUE TEMPORARY STAY OF LITIGATION DEADLINES

Plaintiff Jennifer Hummel and Defendant Teijin Automotive Technologies, Inc. (together, the "Parties") submit this Joint Status Report regarding their settlement efforts and in support of their Joint Motion to continue the previously entered temporary stay of litigation deadlines until February 22, 2024.

After a full-day mediation on November 27, 2023 and continued assistance from the mediator, the Parties agreed upon principle terms for a class-wide settlement. Since then, the Parties have made significant progress on the settlement documentation. However, given the holidays, travel schedules, and counsel's other professional obligations, the Parties anticipate needing up to 28 days to finalize the

settlement documentation and move for preliminary approval of the agreement. Accordingly, the Parties request the existing stay of litigation deadlines be continued until February 22, 2024 to allow for the finalization of settlement documentation.

**WHEREFORE**, the Parties respectfully request that the Court grant this Joint Motion; extend the temporary stay of litigation deadlines to February 22, 2024; and grant the Parties such other relief as this Court deems appropriate.

Date: January 11, 2024

    Respectfully submitted,

| | |
|---|---|
| /s/ *Ryan D. Maxey* | /s/ *Christopher G. Dean* |
| Ryan D. Maxey | Christopher G. Dean |
| **MAXEY LAW FIRM, P.A.** | **MCDONALD HOPKINS LLC** |
| 107 N 11th St., #402 | 600 Superior Avenue, Suite 2100 |
| Tampa, FL 33602 | Cleveland, Ohio 44114 |
| Tel: (813) 448-1125 | Tel: (216) 348-5400 |
| Email: ryan@maxeyfirm.com | Email: cdean@mcdonaldhopkins.com |
| | |
| Michael N. Hanna (P81462) | Michael G. Latiff (P51263) |
| **MORGAN & MORGAN, P.A.** | **MCDONALD HOPKINS PLLC** |
| 2000 Town Center, Suite 1900 | 39533 Woodward Avenue, Suite 318 |
| Southfield, MI 48075 | Bloomfield Hills, Michigan 48304 |
| Tel: (313) 739-1950 | Tel: (248) 646-5070 |
| Email: mhanna@forthepeople.com | Email: mlatiff@mcdonaldhopkins.com |
| | |
| | *Attorneys for Defendant* |

Patrick A. Barthle II
Florida Bar No. 99286
pbarthle@ForThePeople.com
**MORGAN & MORGAN**
**COMPLEX LITIGATION GROUP**
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
Telephone: (813) 229-4023
Facsimile: (813) 222-4708

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 11, 2024, I electronically filed the foregoing document using the electronic filing system, which will send notification of such filing to all attorneys of record.

/s/    *Christopher G. Dean*
       Christopher G. Dean