## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| **JENNIFER HUMMEL,** *on behalf of herself and all others similarly situated*, <br><br> Plaintiff, <br><br> v. <br><br> **TEIJIN AUTOMOTIVE TECHNOLOGIES, INC.,** <br><br> Defendant. | Case No.: 2:23-cv-10341 <br><br> Judge Paul D. Borman |

## JOINT STATUS REPORT REGARDING SETTLEMENT EFFORTS AND MOTION TO CONTINUE TEMPORARY STAY OF LITIGATION DEADLINES

Plaintiff Jennifer Hummel and Defendant Teijin Automotive Technologies, Inc. (together, the "Parties") submit this Joint Status Report regarding their settlement efforts and in support of their Joint Motion to continue the previously entered temporary stay of litigation deadlines for twenty-one (21) days until March 14, 2024.

After a full-day mediation on November 27, 2023 and continued assistance from the mediator, the Parties agreed upon principle terms for a class-wide settlement. Since then, the Parties have made significant progress on the settlement documentation.

Since the last status report was filed on January 11, 2024, the parties have extensively negotiated the terms of the draft settlement agreement and exhibits thereto, which are near final. The parties do not anticipate requesting any further extensions of time for the parties to finalize and execute the settlement and for Plaintiffs to file their motion for preliminary approval of the settlement.

Accordingly, the Parties request the existing stay of litigation deadlines be continued until March 14, 2024, to allow for the finalization of settlement documentation.

**WHEREFORE**, the Parties respectfully request that the Court grant this Joint Motion; extend the temporary stay of litigation deadlines to March 14, 2024; and grant the Parties such other relief as this Court deems appropriate.

Date: February 21, 2024

Respectfully submitted,

/s/ *Ryan D. Maxey*
Ryan D. Maxey
**MAXEY LAW FIRM, P.A.**
107 N 11th St., #402
Tampa, FL 33602
Tel: (813) 448-1125
Email: ryan@maxeyfirm.com

Michael N. Hanna (P81462)
**MORGAN & MORGAN, P.A.**
2000 Town Center, Suite 1900
Southfield, MI 48075
Tel: (313) 739-1950

/s/*Christopher G. Dean*
Christopher G. Dean
**MCDONALD HOPKINS LLC**
600 Superior Avenue, Suite 2100
Cleveland, Ohio 44114
Tel: (216) 348-5400
Email: cdean@mcdonaldhopkins.com

Michael G. Latiff (P51263)
**MCDONALD HOPKINS PLLC**
39533 Woodward Avenue, Suite 318
Bloomfield Hills, Michigan 48304
Tel: (248) 646-5070

Email: mhanna@forthepeople.com	Email: mlatiff@mcdonaldhopkins.com

*Attorneys for Defendant*

Patrick A. Barthle II
Florida Bar No. 99286
pbarthle@ForThePeople.com
**MORGAN & MORGAN**
**COMPLEX LITIGATION GROUP**
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
Telephone: (813) 229-4023
Facsimile: (813) 222-4708

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 21, 2024, I electronically filed the foregoing document using the electronic filing system, which will send notification of such filing to all attorneys of record.

                                                */s/    Ryan D. Maxey*
                                                       Ryan D. Maxey