UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Jennifer Hummel,

            Plaintiff(s),

v.                                               Case No. 2:23−cv−10341−MFL−DRG
                                                     Hon. Matthew F. Leitman

Teijin Automotive Technologies,
Inc.,

           Defendant(s),

## NOTICE OF MOTION HEARING

You are hereby notified to appear before District Judge Matthew F. Leitman at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan. Please report to Room 717. The following motion(s) are scheduled for hearing:

    Motion − #31

- MOTION HEARING: September 23, 2024 at 11:00 AM

## Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                  By: s/Holly A Ryan
                                                        Case Manager

Dated: September 3, 2024